# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| CONVERSANT WIRELESS LICENSING S.A.R.L., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) ) |
| TESLA, INC., | ) ) |
| Defendant. | ) |

Civil No. 6:20-cv-00323-ADA

**JURY TRIAL DEMANDED**

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Conversant Wireless Licensing S.A.R.L. ("Conversant") and Defendant Tesla, Inc. ("Tesla") hereby file this Stipulation of Dismissal and stipulate to the dismissal of the present action. All claims of infringement that Conversant raised in this action are dismissed WITH PREJUDICE.

Dated: December 1, 2020

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| */s/ Deron R. Dacus (w/ permission)* | */s/ Jamie H. McDole* |

Deron R. Dacus
Texas Bar No. 00790553
THE DACUS FIRM, PC
821 ESE Loop 323, Suite 430
Tyler, TX 75701
(903) 705-1117
ddacus@dacusfirm.com

Michael Rhodes (*pro hac vice*)
Heidi L. Keefe (*pro hac vice*)
COOLEY LLP
3175 Hanover Street
Palo Alto, CA 94304-1130
(650) 843-5000
hkeefe@cooley.com
mrhodes@cooley.com

Adam M. Pivovar (*pro hac vice*)
Samuel Whitt (*pro hac vice*)
COOLEY LLP
1299 Pennsylvania Avenue, NW
Suite 700
Washington, DC 20004
(202) 842-7800
apivovar@cooley.com
swhitt@cooley.com

Joseph E. Van Tassel (*pro hac vice*)
COOLEY LLP
11951 Freedom Drive
Reston, VA 20190-5656
(703) 456-8000
jvantassel@cooley.com

*Attorneys for Defendant
Tesla, Inc.*

Jamie H. McDole
State Bar No. 24082049
Phillip B. Philbin
State Bar No. 15909020
Michael D. Karson
State Bar No. 24090198
Nadia E. Haghighatian
State Bar No. 24087652
THOMPSON & KNIGHT LLP
One Arts Plaza
1722 Routh St., Suite 1500
Dallas, Texas 75201
Tel.: 214.969.1700
Fax: 214.969.1751
Email: jamie.mcdole@tklaw.com
         phillip.philbin@tklaw.com
         michael.karson@tklaw.com
         nadia.haghighatian@tklaw.com

*Attorneys for Plaintiff
Conversant Wireless Licensing S.A.R.L.*

## CERTIFICATE OF SERVICE

On December 1, 2020, I electronically submitted the foregoing document with the Clerk of Court for the U.S. District Court for the Western District of Texas using the electronic case files system of the Court. Pursuant to Local Rule CV-5, the Notice of Electronic Filing ("NEF") generated by the Court's electronic filing system constitutes service of the foregoing document on those registered as Filing Users. Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

Dated: December 1, 2020             */s/ Jamie H. McDole*
                                    Jamie H. McDole